FILED _____ ENTERED
LOGGED _____ RECEIVED

NOV 01 2021

CLERK, AT BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Nolan Kinard Floyd, sr.
D.O.B July 18, 1990
SID # 3245156
13800 McMullen Hwy SW
Cumberland, MD 21502

(Full name, date of birth, identification #, address of petitioner)
**Plaintiff,**

v.

Latoya A. Francis-Williams Esq
P.O. Box 451
Randallstown, Maryland
21133

(Full name and address of respondent)
**Defendant(s).**

Case No.: _____
*(Leave blank. To be filled in by Court.)*

## **COMPLAINT**

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

      YES ☐    NO ☑

   B. If you answered YES, describe that case(s) in the spaces below.

      1. Parties to the other case(s):

         Plaintiff: _____

         Defendant(s): _____

      2. Court (if a federal court name the district; if a state court name the city or county):

         _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

    _____

7. Date of Disposition: _____

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

      YES ☐   NO ☑

   1. If you answered YES:

      a. What was the result? _____

         _____

      b. Did you appeal? _____

         YES ☐   NO ☑

   2. If you answered NO to either of the questions above, explain why: I filed a grievance with the Maryland Bar Association, and I sent a grievance to the Attorney General office when I was housed at MADCC.

III. Statement of Claim
    (Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On the dates listed in the invoice enclosed inside this document, I made payments to attorney Latoya A. Francis-Williams Esq to represent me in a jury trial under case No. 119072002e on the date of Feb 3, 2020 in Circuit court. Attorney Williams was withdrawn from the case on Feb 3, 2020. I paid #9,650 for the attorney to represent me, but when she was withdrawn from the case I didn't hear anything about my refund for her non participation in representing me at jury trial.

IV. Relief
(State briefly what you want the Court to do for you.)

Plaintiff would like to be reimbursed all of the money paid to Attorney Latoya A. Francis-Williams, with an additional $1,000 for each month plaintiff had to ~~almost~~ ~~continue~~ wait to be compensated his funds, and for all the emotional/stressful damages due to the circumstances.

SIGNED THIS 25th day of October, 2021.

_____
Signature of Plaintiff

Nolan Kinard Floyd sr. #3243156
Printed Name

13800 McMullen Hwy SW
Cumberland, MD 21502
Address

N/A
Telephone Number

N/A
Email Address